FILED
JUL 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR2327-H |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 8, U.S.C., |
| ) | Secs. 1324(a)(1)(A)(iv) and |
| VANESSA MARIE HARO-ORTEGA, ) | (v)(II) - Inducing and Encouraging |
| ) | Illegal Aliens to Enter the United |
| Defendant. ) | States and Aiding and Abetting |

The United States Attorney charges:

On or about June 27, 2008, within the Southern District of California, defendant VANESSA MARIE HARO-ORTEGA, with the intent to violate the immigration laws of the United States, did encourage and induce an alien, namely, Mauricio F. Flores, to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry and residence in the United States is and will be in violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iv) and (v)(II).

DATED: July 15, 2008.

KAREN P. HEWITT
United States Attorney

JAMES P. MELENDRES
Assistant U.S. Attorney

JPME:rp:Imperial
7/15/08